JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Gabriella Cabrera, | ) | Case CV 20-02429-ODW (AFMx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| Johnnys Shrimp Boat, Inc.  et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

THE COURT ORDERS that this action be dismissed without prejudice for failure to prosecute.

Dated: April 22, 2020

United States District Judge